

**M.B. PRODUCTS/ORONO SPORTS**
2285 JENNA COURT
BETHLEHEM, PA 18020
PHONE 610-867-8950
FAX 610-867-9467
Email: info@oronosports.com
Website: www.oronosports.com



# Invoice

| | |
|---|---|
| Invoice No: | 22938 |
| Date: | 5/15/2008 |
| Terms: | Net 00 |
| Due Date: | 5/15/2008 |
| Purchase Order No: | BY PHONE |

**Bill To:**
JOHN MALDJIAN
147 BLACK POINT ROAD
RUMSON, NJ 07760

**Ship To:**
JOHN MALDJIAN
365 BROAD STREET
RED BANK, NJ 07701

FOB: BETHLEHEM, PA   Ship Date 5/15/2008   Ship Via UPS

| Code | Description | Quantity | Rate | Extended Cost |
|---|---|---|---|---|
| MB103-5 GLOBE | GLOBE SOCCER BALL SIZE 5 | 1.00 | $12.95 | $12.95 |

\* Indicates non-taxable item

| | |
|---|---|
| Subtotal | $12.95 |
| Tax (6.00%) | $0.00 |
| Shipping | $7.70 |
| Total | $20.65 |
| Deposit | $20.65 |
| Balance Due | $0.00 |

Page 1 of 1