**Exhibit F**

# Rink and Field

- Home
- Pocket-Throws
- TO Towels
- Backpacks
- Knee Hockey
- Soccer Balls
- GarageDoorSports

      

 





Soccer Balls — Page 2 of 2



[Home] [Pocket-Throws] [TO Towels] [Backpacks] [Knee Hockey] [Soccer Balls] [GarageDoorSports]

