Exhibit G



You Are Here:  Home > Games & Activities > Geography Toss-Up™

**Geography Toss-Up™** 

Keyword or item #

Go

E-mail this link to a friend



Click image to enlarge



Up to 30 players (6 teams of 5) perform physical challenges and correctly answer geography questions.

Teams roll the 20-sided dice to determine their physical challenge and their geography question. Includes 6 globe-design Size 5 soccer balls, 6 big coated-foam 20-sided dice, mesh storage bag, and instructions.

| Item No | Item Description | Unit | Price | Quantity |
|---|---|---|---|---|
| 01-640 | Geography Toss-Up™ | Set | $145.00 | |

Add to Cart