

**Exhibit H**

**You Are Here:** Home > Shopping Cart > Billing/Shipping Information > Payment Information > Review & Submit Order > Order Receipt

Thank you for your order!

**Order Receipt - Web Order No: G36631**

| Order Information | Billing Information | Shipping Information | Payment Information |
|---|---|---|---|
| Mr. John P Maldjian<br>732-275-3100 p<br>jmaldjian@mfiplaw.com | John P Maldjian<br>147 Black Point Road<br>Rumson NJ 07760 | John P Maldjian<br>732-275-3100<br>365 Broad St<br>Third Floor (3R)<br>Red Bank NJ 07701<br> United States of America | MasterCard<br>Exp: 03/2010<br>Mr John P Maldjian |

**Delivery Method**

Fed Ex Standard

### Order Items

| Item No | Item Description | Unit | Price | Quantity | Subtotal |
|---|---|---|---|---|---|
| 01-640 | Geography Toss-Up™ | Set | $145.00 | 1 | $145.00 |
| | | | **Items Subtotal:** | | **$145.00** |
| | | | **Shipping, Handling & Processing:** | | **$21.75** |
| | | | **Sales Tax:** | | **$0.00** |
| | | | **Total:** | | **$166.75** |

If you have questions about your order, or would like to make changes, please call 1-800-533-0446.

Please take a moment to complete an optional survey regarding your order.

[ Take Survey ]

[ Click Here To Return To The Home Page ]