This is your Soccer Ball World Newsletter
To discontinue your subscription use the remove link at the bottom of this message.

# Soccer Ball World Newsletter



*Soccer Ball World*

Hello soccer enthusiasts! This is the third newsletter from Soccer Ball World.   The following is a quick update on some of the new information and sales available.

Remember that **the Soccer Ball (Football) remains the most vital element in "The Game"**. Learn all you can about soccer balls and you will be able to acquire the best ones for you, your team or your organization. Raise your game to the next level with a superior quality soccer ball.

---

### We now offer Superior Quality Factory Priced Bremen Soccer Balls!



**FIFA and NFHS Approved! Great prices!** From professional to training/camp balls. Check them out at our soccer ball store.

You can also have **CUSTOM Soccer Balls** made just for your organization at no extra

cost. For details: Custom Soccer Balls

---

### New Ball Information

Additional Soccer Ball Physics Information

NEW! Nike Total 90 Aerow Balls

Adidas Equipment Icon - Official Match Ball of the 1999 Women's World Cup.

Euroballs 1996 and 2000 - Official Match balls of the UEFA Euro 1996 and 2000 tournaments. Learn about the 1996 **Questra Europa** and 2000 Adidas Equipment **Terrestra Silverstream**.

Adidas Questra family - The Questra Olympia (1996 Olympics), Europa (1996 European Championship), and Apollo (1996-1997 Spanish League) balls are explained.

Adidas Roteiro Official Match Ball of **UEFA EURO 2004**

### Interesting Information

**Official World Cup Soccer Balls** - Pictures and information about all the "official" world cup soccer balls since the first "Telstar" at the 1970 World Cup in Mexico.

**1855 Charles Goodyear soccer ball** -

Picture and information about the oldest soccer ball.

**RESEARCHERS SOLVE MYSTERY OF SOCCER TRICK KICKS** - Includes cool animations and video that show the curving soccer ball and how it is kicked.  **See David Beckham's Free Kick-England vs. Greece October 2001, Actual Footage.**

…much more soccer ball resource information is available at www.soccerballworld.com.



**Globe Soccer Ball**- Great gift and educational too. Save 20% Now.

Excellent detailed map of the entire earth on a soccer ball. Check it out.

**remove** - If you would like to be removed from our email list. After clicking on the "remove" link, please enter your email address and check the indicated remove box. You will then be removed from our database.

(c) Copyright 2003 Rig-Tech, Inc. All rights reserved.