

Exhibit J

| | | | Search | Advanced Search | Buy | Sell | My eBay | Community | Help |

Sign in or register                                                                  Site Map

Categories ▼   Motors   Express   Stores                            eBay Security & Resolution Center

Back to list of items    Listed in category:   Sporting Goods > Team Sports > Soccer > Balls

**BRAND NEW SIZE 5 WORLD MAP GLOBE SOCCER BALL BALLS **                    Item number: 380008181902

Buyer or seller of this item? Sign in for your status                      Watch this item in My eBay



View larger picture

Buy It Now price: **US $14.95**    Buy It Now >

Shipping costs: US $10.00
                UPS Ground
                Service to United States
Ships to:       United States
Item location:  Bethlehem, PA, United States
Quantity:       5 available
History:        Purchases

You can also:   [Watch This Item]

Get SMS or IM alerts | Email to a friend

Listing and payment details:  Show

**Meet the seller**
Seller:    seller2299 ( 1696 ⭐ )  [Power Seller]
Feedback: **100 % Positive**
Member:   since Oct-14-00 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items: Store | List
- Visit seller's Store:
  📁 KARATE UNIFORM STORE

**Buy safely**
1. Check the seller's reputation
   Score: 1696 | 100% Positive
   See detailed feedback
2. Check how you're protected
   PayPal Up to **$2,000** in buyer protection.
   See eligibility

Returns:   Seller accepts returns.
           7 Days Exchange

### Description

Item Specifics - Item Condition
Condition:        **New**
Product Type :    **Balls & Pumps**

**KARATE UNIFORM STORE**



Visit my eBay Store: 📁 **KARATE UNIFORM STORE**

White Karate Uniforms 8 Oz. | Black Karate Uniforms 8 Oz. | White Karate Uniforms 16 Oz. |
Kickboxing Shorts | Black Karate Uniforms 14 Oz.

Add to Favorite Stores | Sign up for Store newsletter

**Store Search**

☐ in titles & descriptions
[Search]

**Store Categories**
Store home
Tae Kwon Do Uniforms
Soccer Balls
White Karate Uniforms 8 Oz.
Black Karate Uniforms 8 Oz.
White Karate Uniforms 14 Oz.
Black Karate Uniforms 14 Oz.
White Karate Uniforms





**Brand New!!!**

GLOBE SOCCER BALL

**16 Oz.**
**Black Karate Uniforms**
**16 Oz.**
**SCRIMMAGE VESTS**
**Other Items**

# SIZE 5

Hand stitched, 32-panel, globe design. Made with high gloss AIR MATRIX (PU coated 2-tone material) synthetic leather. Diagonally laminated with 4 polyester twisted 170 grams layers for extra strength and durability. Printed using (lead free) penetrating ink for a longer wear. Fitted with a perfectly balanced premium quality butyl bladder and a butyl valve for longer air retention.  All weather, official size & weight.

### GREAT EDUCATIONAL TOOL

**Terms**:

## Please Read!!! Fine Print BEFORE BIDDING!!!

ONLY BID IF YOU INTEND TO COMPLETE THE AUCTION!

EMAIL ME WITH ANY QUESTIONS!!! seller2299@yahoo.com

*You do not have to wait for the NOTIFICATION e-mail in order to complete your transaction!*

All the information is here to complete the auction!!!

Important Information to know:

### You Do Not Have To Wait!!!

Once you either win the auction or use Buy It Now, you can pay for the auction instantly. You can pay either by **PayPal**, **Money Order** or **Cashiers Check**.

Please make sure your Auction Number Is Clearly Included in all correspondence & e-mail.

*Payment must be received no later than 10 days after the close of the auction, or rights to item will be forfeited and you may receive negative feedback.*

Communication:

We will do everything reasonable in our power to make you happy, but communication is the key. Please let us know. Auctioning should be a fun experience. But we cannot help if we do not know.

Seller's Shipping Policy:

Shipping Policy Details: Shipping is done daily after the payment is cleared either with PayPal or Money Order.

All e-Checks by PayPal are held for 4 days for clearing.

Shipping will be via UPS, so PLEASE send your full street address so we may ship your goods as fast as possible. UPS will not deliver to P.O. Boxes.




We offer _FREE_ insurance on _everything,_ so bid with _confidence_ knowing that your items will get to you _guaranteed_ once you have won the bid.

Bids on multiple items from our other auctions are welcomed. Shipping is $5.00 for each additional item (unless stated otherwise).

We only ship via UPS to the lower 48 US states.

Hawaii, Alaska & Canadian customers please e-mail for shipping estimates.

Seller's Return Policy:

Item must be returned within: 7 Days            Refund will be given as: Exchange

Return Policy Details:      All return items must be un-washed, un-altered and in saleable condition.

If an exchange is required for a different size or style, you are responsible for all shipping/insurance costs as well as price differences between items.

Refunds will be given for the purchase price of the item minus shipping.

All returns must be made within 7 days of receiving the item.

Please e-mail seller2299@yahoo.com for any questions.

Thank you for reading the return policy.

Thank you for taking the time to read my terms, if you have any questions, please e-mail me: **seller2299@yahoo.com**

## Pay me securely with any major credit card through PayPal!

## Good luck and happy bidding. :-)





On Nov-01-06 at 14:08:47 PST, seller added the following information:





00114
View your 3-in-1 Credit Report and all 3 Credit Scores

**Find more items from the same seller. Bid or Buy Now!**


NEW LOT OF 12 SIZE 4 USA FLAG DESIGN SOCCER BALL BALLS
US $90.00


SET OF 5 Adjustable Hurdles 10" 7" 4" Soccer Football
US $49.99


SET OF 5 Adjustable Hurdles 8" 5.5" 3" Soccer Football
US $44.99


NEW LOT OF 4 SOCCER AIR SHIN GUARDS SHINGUARDS LARGE
US $31.96


Visit seller's Store

## Shipping and handling

**Ships to**
United States

Country: United States    Quantity: 1    Update

| Shipping and Handling | Each Additional Item | To | Service | Insurance |
|---|---|---|---|---|
| US $10.00 | + $5.00 | United States | UPS Ground 1 to 6 business days* | Included in S&H |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

**Sales tax**

Seller charges sales tax for items shipped to: PA* (6.000%).
* Tax applies to subtotal + S&H for these states only

## Return policy

| Item must be returned within: | 7 Days |
|---|---|
| Refund will be given as: | Exchange |
| Return policy details: | All return items must be un-washed, un-altered and in saleable condition. If an exchange is required for a different size or style, you are responsible for all shipping/insurance costs as well as price differences between items. Refunds will be given for the purchase price of the item minus shipping. All returns must be made within 7 days of receiving the item. Please e-mail seller2299@yahoo.com for any questions. Thank you for reading the return policy. |

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
|  | Seller Preferred | *PayPal* Up to $2,000 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

**Seller's payment instructions**
For payment questions, please e-mail us.

### Take action on this item          Help

Item title: **BRAND NEW SIZE 5 WORLD MAP GLOBE SOCCER BALL BALLS **

**Buy It Now**

Buy It Now price: **US $14.95**

Your Quantity: **x** 1

**Buy It Now >**    You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

### Other options

⬅ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time